IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ADT SECURITY SERVICES, INC.,

    Plaintiff,

VS.                            NO. 05-2779-MaV

THE ALARM COMPANY, LLC, ET AL.,

    Defendants.

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

    Before the court is the October 26, 2005, motion for admission *pro hac vice* of Richard G. Sander.  Mr. Sander is a member in good standing of the bar of the state of Colorado and is admitted to practice before the Supreme Court of Colorado.  Mr. Sander has obtained and is familiar with the local rules and professional guidelines of this court.  For good cause shown, the motion is granted and Richard G. Sander is admitted to participate in this action as counsel for plaintiff.

    It is so ORDERED this 3d day of November, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02779 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Jeffrey D. Germany
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT