IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 14 PM 2: 37

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

ADT SECURITY SERVICES, INC.,

    Plaintiff / Counter-Defendant,

v.                                                                                          Docket No. 05-2779 Ma/V

THE ALARM COMPANY, LLC and SUSAN BRADY,

    Defendants / Counter-Plaintiffs.

---

# [~~PROPOSED~~] SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was ~~held~~/set Monday, December 19, 2005 at 2:00pm in Courtroom 5, on the 3rd floor of the Federal Building, Memphis, Tennessee. Present were Douglas F. Halijan, in person, and Richard G. Sander, by telephone, counsel for plaintiff, and Jeffrey D. Germany, counsel for defendants. At the conference, the following dates were established as the final dates for:

| | |
|---|---|
| INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): | January 13, 2006. |
| JOINING PARTIES: | March 3, 2006. |
| AMENDING PLEADINGS: | March 3, 2006. |
| INITIAL MOTIONS TO DISMISS: | April 14, 2006. |
| COMPLETING ALL DISCOVERY: | August 4, 2006. |
|     (a) DOCUMENT PRODUCTION: | August 4, 2006. |
|     (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: | August 4, 2006. |



Document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:     September 1, 2006.

        (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:     September 29, 2006.

        (3) EXPERT WITNESS DEPOSITIONS:     October 20, 2006

FILING DISPOSITIVE MOTIONS:     November 10 2006

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for jury trial, and the trial is expected to last 5 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

    The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

    The parties have not consented to trial before the magistrate judge. This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: ~~June~~ December 13, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02779 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Richard G. Sander
SANDER INGEBRETSEN & PARISH, P.C.
633 17th Street,
Suite 1900
Denver, CO 80202

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jeffrey D. Germany
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT